

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BONDED BUILDERS HOME WARRANTY ASSOCIATION OF TEXAS D/B/A BONDED | § | No. 08-14-00090-CV |
| BUILDERS WARRANTY GROUP, DANIEL AVILA, | § | Appeal from |
| GRISELE EDITH ARIZPE, AND AA BUILDERS, LLC, | § | 327th District Court |
| | § | of El Paso County, Texas |
| Appellants, | | |
| | § | (TC # 2013DCV4125) |
| v. | | |
| | § | |
| PATRICIA ROCKOFF, | | |
| | § | |
| Appellee. | | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause with instructions to obtain an appointment of an arbitrator. So long as the costs of arbitration do not render the agreement substantively unconscionable under the applicable legal standards, we order the trial court to grant the pending motions to stay the litigation and compel arbitration, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF JUNE, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.